UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| KI CHUL SEONG, an individual, and OPEC ENGINEERING CO., LTD., a Korean Corporation<br><br>Plaintiffs<br><br>      v.<br><br>BEDRA, INC., an International Foreign Corporation Registered to do Business in Paramus, New Jersey; ALTERNATIVE MACHINE TOOLS, LLC., a Wisconsin Corporation; EDM PERFORMANCE ACCESSORIES, a California Corporation; NINGBO BODE HIGH-TECH CO., LTD., a Chinese Corporation; and DOES 1 through 10, inclusive,<br><br>      Defendants | CASE NO.: 18 CV 396 |

**MOTION TO TRANSFER TO JUDGE MANISH SHAH**

NOW COME the Plaintiffs by and through their attorney, SAMUEL S. BAE, and for their Motion to Transfer to Judge Manish Shah state as follows:

1. This cause involves claims for patent infringements against certain defendants named herein.

2. Plaintiffs have another case pending before Judge Manish Shah under case number 15-CV-2234 entitled <u>Seong v. PAPS USA, Inc., et al</u>. Plaintiffs patents and their claims for patent

infringements in the case at bar are identical or substantially similar to the case pending before Judge Shah. The only difference between the two cases are different defendants involved.

3. Judge Shah has been presiding over the earlier case which remains pending and undetermined. Judge Shah is familiar with the patents involved and the claims for patent infringements. In light of Judge Shah's familiarity with the plaintiffs' patents and claims for patent infringements, transferring the case at bar to Judge Shah would benefit the litigants as well as the courts.

WHEREFORE, Plaintiffs request that the case at bar be transferred to Judge Shah and for any other relief this court deems appropriate under the circumstances.

    Respectfully submitted,

    By: /s/ Samuel S. Bae

    Samuel S. Bae (ARDC 6257863)
    Law Office of Samuel S. Bae
    2720 South River Road, Suite 246
    Des Plaines, Illinois 60018
    (847) 813-6992
    ssb@baelegal.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a copy of the foregoing was electronically filed and served via the court's CM/ECF system on this 26th day of January 2018.

By: /s/ Samuel S. Bae\_\_\_

Samuel S. Bae (ARDC 6257863)
Law Office of Samuel S. Bae
2720 South River Road, Suite 246
Des Plaines, Illinois 60018
(847) 813-6992
ssb@baelegal.com