UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| KI CHUL SEONG, an individual, and OPEC ENGINEERING CO., LTD., a Korean Corporation<br><br>Plaintiffs<br><br>      v.<br><br>BEDRA, INC., an International Foreign Corporation Registered to do Business in Paramus, New Jersey; ALTERNATIVE MACHINE TOOLS, LLC., a Wisconsin Corporation; EDM PERFORMANCE ACCESSORIES, a California Corporation; NINGBO BODE HIGH-TECH CO., LTD., a Chinese Corporation; and DOES 1 through 10, inclusive,<br><br>      Defendants | CASE NO.: 18 CV 396 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **January 31, 2018 at 9:30 a.m.**, I shall appear before the Honorable Judge Manish Shah, or any judge sitting in his stead, in **courtroom 1919** of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, 60604, and present the attached **Plaintiffs' Motion to Transfer to Judge Manish Shah** a copy of which is hereby served upon you.

By: /s/ Samuel S. Bae

Samuel S. Bae (ARDC - 6257863)
Law Office of Samuel S. Bae
2720 South River Road, Suite 246
Des Plaines, Illinois 60018
(847) 813-6992
ssb@baelegal.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was electronically filed and served via this court's ECF system on this 26th day of January 2018.

By: /s/ Samuel S. Bae

Samuel S. Bae (ARDC - 6257863)
Law Office of Samuel S. Bae
2720 South River Road, Suite 246
Des Plaines, Illinois 60018
(847) 813-6992
ssb@baelegal.com