**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| KI CHUL SEONG, and OPECMADE, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:18-cv-00396 |
| | ) | |
| v. | ) | |
| | ) | Hon. Steven C. Seeger |
| BEDRA, INC., BERKENHOFF GMBH, and NINGBO BODE HIGH-TECH CO., LTD., | ) ) | |
| | ) | |
| Defendants. | ) | |

### JOINT MOTION FOR PROPOSED AMENDED SCHEDULING ORDER

Plaintiffs Ki Chul Seong and Opecmade, Inc. and Defendants Bedra, Inc., Berkenhoff GmbH and Ningbo Bode High-Tech Co., Ltd., hereby jointly request that the Court enter the amended case schedule set forth herein. In support of their motion, the Parties state:

1. On June 14, 2021, Plaintiffs filed their Second Amended Complaint, which included allegations of patent infringement against defendant Berkenhoff GmbH ("Berkenhoff") for the first time. (Dkt. 94.)

2. On June 25, 2021, Plaintiffs and Defendant Bedra, Inc. ("Bedra") submitted a joint status report, which proposed a case schedule. (Dkt. 99.) The Court adopted and entered the proposed case schedule on June 28, 2021. (Dkt. 101.)

3. On June 29, 2021, Plaintiffs returned an executed summons for Berkenhoff (Dkt. 102) and counsel filed an appearance for Berkenhoff on July 19, 2021. (Dkt. 105-107.)

4. On July 23, 2021, Defendants filed their answers and counterclaims to the Second Amended Complaint. (Dkt. 108-110.) Berkenhoff's counterclaims included, *inter alia*, a claim that plaintiff Opecmade infringes one of Berkenhoff's patents, U.S. Patent No. 8.853,857. (Dkt. 109.)

5. Under LPR 2.1, the Parties' initial disclosures are due 14 days after the Defendant files their answers, or, if Defendant asserts a counterclaim, then 14 days after Plaintiff responds to the counterclaim. The current case schedule does not anticipate the counterclaim of patent infringement filed by Berkenhoff and, thus, dictates that initial disclosures are due 14 days from the filing of Defendants' answers, not 14 days from the answer to Defendants' counterclaims. (Dkt. 100.)

6. Accordingly, the Parties jointly propose the entry of the following amended case schedule consistent with the Local Patent Rules:

| Event | Scheduled Time Per Local Patent Rules | Deadline |
| --- | --- | --- |
| Answers to Second Amended Complaint | | 7/23/21 |
| Plaintiffs' Response to Counterclaims | | 8/13/21 |
| Initial Disclosures and accompanying document production (LPR 2.1) | 14 days after Defendant files its answer, or, if Defendant asserts a counterclaim, 14 days after Plaintiff responds to counterclaim | 8/27/21 |
| Initial Infringement Contentions (LPR 2.2) | 14 days after Initial Disclosures | 9/10/21 |
| Initial Non-Infringement, Unenforceability and Invalidity Contentions (LPR 2.3); Document Production Accompanying Initial Non-Infringement and Invalidity Contentions (LPR 2.4) | 14 days after service of Initial Infringement Contentions | 9/24/21 |
| Initial Response to Non-Infringement and Invalidity Contentions (LPR 2.5) | 14 days after service of Initial Non-Infringement, Unenforceability and Invalidity | 10/8/21 |
| Plaintiffs Serve a List of 10 Asserted Claims Per Patent, 20 Total Claims (LPR 3.1(a)(1)) | 19 weeks after Initial Infringement Contentions | 1/21/22 |
| Final Infringement, Unenforceability and Invalidity Contentions (LPR 3.1(a)(2)); Document Production Accompanying Final Invalidity Contentions (LPR 3.3) | 21 weeks after Initial Infringement Contentions | 2/4/22 |

| Event | Scheduled Time Per Local Patent Rules | Deadline |
|---|---|---|
| Final Non-infringement, Enforceability and Validity Contentions (LPR 3.2); Last day to seek stay pending reexamination (LPR 3.5) | 28 days after Final Infringement Contentions (plus adjustment for the holidays) | 3/4/22 |
| Exchange of Proposed Claim Terms to be Construed Along With Proposed Constructions (LPR 4.1) | 14 days after Final Non-infringement Contentions | 3/18/22 |
| Meet and confer to select no more than 10 terms to be presented to Court for construction (LPR 4.1a) | 7 days after Exchange of Claim Terms | 3/25/22 |
| Deadline for Completion of Fact Discovery (LPR 1.3) | 28 days after Exchange of Claim Terms | 4/15/22 |
| Opening Claim Construction Brief and Joint Appendix (LPR 4.2(a)-(b)) | 35 days after Exchange of Claim Terms | 4/22/22 |
| Responsive Claim Construction Brief (LPR 4.2(c)) | 28 days after Opening Claim Construction Brief | 5/20/22 |
| Reply Claim Construction Brief (LPR 4.2(d)) | 14 days after Responsive Claim Construction Briefs (7 days may be added to due date if necessary to depose supporting witnesses) | 6/3/22 |
| Joint Claim Construction Chart and status report (LPR 4.2(f)) | 7 days after Reply Claim Construction Brief | 6/10/22 |
| Claim Construction Hearing (LPR 4.3) | To be determined by Court | TBD |
| Claim Construction Ruling | To be determined by Court | TBD |
| Fact Discovery May Resume with Leave of Court If Necessitated by the Court's Claim Construction Ruling (LPR 1.3) | Date of the Claim Construction Ruling | TBD |
| Discovery Concerning Opinions of Counsel begins (LPR 3.6) | 7 days after Claim Construction Ruling | TBD |
| Discovery Concerning Opinions of Counsel ends (LPR 3.6) | 42 days after Claim Construction Ruling | TBD |
| Close of Fact Discovery If the Court Grants Leave to Continue Fact Discovery | 42 days After Claim Construction Ruling | TBD |

Respectfully submitted,

| | |
|---|---|
| By:/s/Benjamin J. Bradford | By:/s/Mark H. Izraelewicz |
| | |
| Reginald J. Hill | Mark H. Izraelewicz |
| Benjamin J. Bradford | John R. Labbé |
| Nicole Keenan | Kevin M. Flowers, Ph.D. |
| JENNER & BLOCK LLP | MARSHALL, GERSTEIN & BORUN LLP |
| 353 N. Clark Street | 223 S. Wacker Drive |
| Chicago, IL 60654-3456 | 6300 Willis Tower |
| Telephone: (312) 222-9350 | Chicago, IL 60606 |
| Facsimile: (312) 527-0484 | Telephone: (312) 474-6300 |
| rhill@jenner.com | Facsimile: (312) 474-0448 |
| bbradford@jenner.com | mizaelewicz@marshallip.com |
| nkeenan@jenner.com | jlabbe@marshallip.com |
| | kflowers@marshallip.com |
| *Attorneys for Defendants Bedra, Inc., Berkenhoff GMBH and Ningbo Bode High-Tech Co., Ltd.* | *Attorneys for Plaintiffs Ki Chul Seong and Opec Engineering Co., Ltd.* |