**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| KI CHUL SEONG and OPECMADE, INC., ) ) Plaintiffs, ) ) v. ) ) BEDRA, INC., BERKENHOFF GMBH, and ) NINGBO BODE HIGH-TECH CO., LTD., ) ) Defendants. ) ) | No. 1:18-cv-0396 Hon. Steven C. Seeger |

**DEFENDANT BERKENHOFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Berkenhoff GmbH ("Berkenhoff"), by its counsel, pursuant to Local Rule 26.2 and under Local Patent Rule 1.4 and Appendix B regarding the filing of documents under seal, seek leave to file under seal a document that has been designated Highly Confidential. In support of this Motion, Berkenhoff states as follows:

1. This is a patent case. The parties to this proceeding are subject to a Protective Order under the Local Patent Rules. Pursuant to the Local Patent Rule 1.4, the "protective order found in LPR Appendix B shall be deemed to be in effect as of the date of each party's Initial Disclosures."

2. Paragraph 6(a) of the Protective Order provides that if a party wishes to use any confidential information in Court papers, a motion seeking leave to file the papers under seal should be made.

3. Exhibit 4 to Defendant Berkenhoff's Response to Plaintiffs' Motion to Dismiss Defendant's Counterclaims of Infringement is a true and correct copy of a report produced in

1

discovery by Plaintiffs and Counterclaimant Defendants bearing the "Highly Confidential" designation. The document contains technical analysis of two of Plaintiffs' products at issue in this litigation.

4. On September 20, 2021, Berkenhoff's counsel contacted Plaintiffs' counsel and requested leave to file Exhibit 4 in the public record. Plaintiffs' counsel however informed Defendant Berkenhoff's counsel that the document contains product-specific technical information that would be harmful to Plaintiffs' business if it was not filed under seal.

5. To preserve and protect the confidentiality of the information so designated by Plaintiffs, Berkenhoff respectfully request permission to file Exhibit 4 under seal.

WHEREFORE, Berkenhoff respectfully requests that the Court enter an Order permitting Berkenhoff to file Defendant's Response to Plaintiffs' Motion to Dismiss Defendant's Counterclaims of Infringement and its exhibits under seal.

Date: September 21, 2021

By: /s/ *Benjamin J. Bradford*

Reginald J. Hill
Benjamin J. Bradford
Nicole Keenan
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
rhill@jenner.com
bbradford@jenner.com
nkeenan@jenner.com
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Defendant and Counterclaim Plaintiff Berkenhoff GmbH*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Bradford, an attorney at the law firm of Jenner & Block LLP, certify that on September 21, 2021 the foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/ *Benjamin J. Bradford*
Benjamin J. Bradford